SEPTEMBER 8, 1960

**No. 64487.**—SUIT 5045.—F. H. Paul & Stein Bros., Inc. *v.* United States.—

██—C.D. 2166. (Appeal abandoned dismissed July 6, 1960.)

BEFORE THE FIRST DIVISION, SEPTEMBER 12, 1960

**No. 64488.**—Teigh, Inc., et al. *v.* United States, protests 59/28637, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiffs was sustained.

**No. 64489.**—M. Pressner & Co. et al. *v.* United States, protests 59/30753, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of glass ornamental novelties similar in all material respects to those the subject of Abstract 62984, the claim of the plaintiffs was sustained.

**No. 64490.**—U.S. Divers Co. and Globe Shipping Co., Inc. *v.* United States, protest 59/23173 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of diving masks similar in all material respects to those the subject of Abstract 63864, the claim of the plaintiffs was sustained.